25770. HILLIARD *v.* CITY OF ROME.

MacINTYRE, J. This case is controlled by the decision in *Ebling* v. *Rome, ante,* 608. *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*